**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**BECKY S. WARD,**

       **Plaintiff,**

  v.            3:06-CV-0673

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| **Delaware County Department of**<br> **Social Services**<br>**111 Main Street**<br>**Delhi, NY 13753**<br>**Attorney for Plaintiff** | **Porter L. Kirkwood, Esq.** |
| **Office of Regional General Counsel**<br>**Social Security Administration**<br>**Region II**<br>**26 Federal Plaza - Room 3904**<br>**New York, NY 10278**<br>**Attorney for Defendant** | **John M. Kelly, Esq.**<br>**Special Assistant U.S. Attorney** |

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

### ORDER

  The above matter comes to me following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed on the 27th day May of 2009.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

  After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

  **ORDERED** that:

     1.  The Report-Recommendation is hereby adopted in its entirety.

     2.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

     3.  The Clerk is directed to enter judgment.

**IT IS SO ORDERED.**

Dated: June 19, 2009
       Syracuse, New York

_Norman A. Mordue_
Norman A. Mordue
Chief United States District Court Judge

2