# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE
_____

**BECKY S. WARD**

    vs.                                           **CASE NUMBER: 3:06-cv-673**
                                                                              (NAM/VEB)

**COMMISSIONER**
**of the Social Security Administration**
_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's motion for judgment on the pleadings be GRANTED, and Plaintiff's cross motion for judgment on the pleadings be DENIED.

All of the above pursuant to the Order of the Honorable Chief District Judge Norman A. Mordue, dated the 19th day of June, 2009.


DATED: June 19, 2009

                                                        *[signature]*
                                                        Clerk of Court

                                                                   s/
                                                       Melissa Ennis
                                                      Deputy Clerk